12TH COURT OF APPEALS CAUSE NO.

QANDREW LYNN SHELTON, APPELLANT      IN THE 12TH COURT OF APPEALS

VS                                                                    (TYLER)

THE STATE OF TEXAS, APPELLEE

FILED IN COURT OF APPEALS
12th Court of Appeals District

OCT 26 2015

TYLER TEXAS
PAM ESTES, CLERK

MOTION FOR LEAVE TO SUPPLEMENT APPELLANTS RESPONSE TO ANDER'S BRIEF

   TO HONORABLE JUDGE OF SAID COURT:

   QANDREW LYNN SHELTON, APPELLANT, MOVES FOR AN EXTENSION SO THAT HE MAY SUPPLE MENT HIS PRO SE BRIEF:

                                    I

PURSUANT TO § 90.07 [7]. APPELLANT MOVES THIS COURT TO ALLOW AN EXTENSION OF THIRTY (30) DAYS TO FILE A SUPPLEMENTAL AND OR AMENDED BRIEF. ON DECEMBER 11, 2014 APPELLANT WAS CONVICTED OF THE OFFENSE OF POSSESSION OF CONTROLLED SUBSTANCE IN A DRUG FREE ZONE AND SENTENCED TO 50 YEARS TDCJ. ON JANUARY 5, 2015 NOTICE OF APPEAL WAS GIVEN. ON DECEMBER 11, 2014 APPELLANT WAS APPOINTED AUSTIN REEVE JACKSON. ON May 8, 2015 SAID APPELLANT COUNSEL FILED A AND SUBMITTED A ANDERS BRIEF IN THE MATTER. APPELLANT'S PRO SE BRIEF, AND A MOTION FOR LEAVE TO FILE LATE PRO SE BRIEF WAS FILED AND GRANTED BY THE 12TH COURT OF APPEALS ON OCTOBER 8, 2015.

                                    II

REQUIRED INFORMATION PURSUANT TO THE RULES OF APPELLATE PROCEDURE

A. THE DEADLINE FOR FILING THE SUPPLEMENTAL BRIEF: ANY TIME BEFORE SUBMISSION!

B. THE LENGTH OF THE EXTENSION SOUGHT? THIRTY (30) DAYS.


1. §90.07 [7].

2. TEX.R.APP.P.10.5 (b)(1)(B).

C. THE FACTS RELIED UPON TO REASONABLY EXPLAIN THE NEED FOR THE EXTENSION:[3]

UPON RECIEVING THE ANDER'S BRIEF ON MAY 13, 2015 I WAS BENCH WARRANTED TO THE (Smith) COUNTY JAIL, I COULD NOT GET A PROPER TIME FRAME TO STUDY THIS MATTER, I AM NOT FAMILIAR WITH LEGAL WORK AND I HAVE JUST RECENTLY SINCE MY RETURN TO TDCJ BETO UNIT, MET THE COMMON KNOWLEDGE OF HOW THIS WORKS, I NOW HAVE THE HELP OF A JAIL HOUSE LAWYER WHO IS HELPING ME PURSUE THIS RIGHT TO APPEAL CORRECTLY AND NOT FRIVOLOUSLY. HERE RECENTLY, I FILED A "MOTION FOR EXCULPATORY AND IMPEACHMENT EVIDENCE AND FOR GRAND JURY PROCEEDINGS AND JUROR'S INFORMATION". ALTHOUGH THIS MOTION IS A "MOTION" DIRECTED TO THE TRIAL JUDGE, ASKING THE JUDGE TO ORDER THE SMITH COUNTY DISTRICT ATTORNEYS OFFICE TO TURN OVER HIS FILES REGARDING ANY EXCULPATORY EVIDENCE, INCLUDING INTERNAL AFFAIRS INVESTIGATIONS OF ARRESTING OFFICERS WHO ARRESTED AND TESTIFIED IN THE STATES BEHALF. I RECIEVED A LETTER "SEE ATTACHED EXHIBIT" BY "LOIS ROGERS, SMITH COUNTY DISTRICT CLERK" STATED THE REQUESTED DOCUMENTS ARE NOT IN THE COURTS FILE. HOWEVER, THE MOTION DID NOT ASK THAT THE "CLERK" TURN OVER DOCUMENTS, BUT RATHER THAT THE "DISTRICT ATTORNEY" DO SO. APPELLANT NEEDS TIME TO ADDRESS THIS MATTER TO THE TRIAL JUDGE.

SUPPORTING CASE LAW AS QUOTES FOLLOWS:

WHEN AN APPELLANT HAS BEEN DENIED AN EFFECTIVE OPPORTUNITY TO PRESENT AN APPELLATE CLAIM THROUGH NO FAULT OF THE APPELLANT, THE PROPER REMEDY IS TO RETURN APPLICANT TO THE POINT AT WHICH A TIMELY NOTICE OF APPEAL CAN BE GIVEN [MESTAS V STATE, 214 SW3d 1, 4 (TEX.CRIM.APP 2007) DEFENDANT DENIED RIGHT TO APPEAL BECAUSE HE WAS DEPRIVED OF TRIAL COURT RECORDS AND COULD NOT RESPOND TO ANDERS BRIEF FILED BY APPOINTED APPELLATE COUNSEL SEE § 90.06. IN ADDITION, COUNSEL IN ANDERS BRIEF STATES THERE ARE NO ARGUABLE GROUNDS RELATING TO VOIRE DIRE, APPELLANT HAS NO INFORMATION OF THE JURORS IN THE RECORDS (APPELLATE) PROVIDED THUS, HAS REQUEST INFORMATION THROUGH THE MOTION MENTIONED ABOVE.

D. NUMBER OF PREVIOUS EXTENSIONS GRANTED FOR PREVIOUS MOTIONS FOR EXTENSIONS:[4] #2

3. TEX. R. APP. P. 10.5 (b)(1)(c)

4. TEX R. APP. P. 10.5 (b)(1)(D)

## III

THE ADDITIONAL TIME REQUESTED IS NOT SOUGHT FOR DELAY, NOR SOUGHT FRIVOUSLY, BUT WILL BE OF GENUINE ASSISTANCE TO PREPARE A PROPER RESPONSE TO ANDERS BRIEF.

### PRAYER

APPELLANT PRAYS THAT THE COURT GRANT THIS MOTION AND MODIFY AND EXTEND THE DEADLINE FOR FILING A BRIEF TO NOVEMBER 26, 2015, OR THAT THIS COURT GRANT SUCH ADDITIONAL TIME AS IS JUST AND PROPER.

RESPECTFULLY SUBMITTED

X _O'Andrew Shelton_

### CERTIFICATE OF SERVICE

A COPY OF THIS MOTION WAS SENT BY MAIL TO SMITH COUNTY DISTRICT ATTORNEYS OFFICE ON 10-26-15

X _O'Andrew Shelton_

10-26-15
DATE

EXHIBIT ATTACHED.

Date: _____10-16-15_____

Re: Cause Number _____114-0724-14_____

Dear Mr./Ms. _____Shelton_____


_____ Your request for copies is $1.00 per page.  Total cost for copies is _____

_____ contact the Court Reporter listed below to request copies of court transcripts and fees

Name:_____

Address:_____

_____

_____ The following instrument has been filed in the above listed case(s).

_____

_____

_____ Your request/motion has been  GRANTED/DENIED

__✓__ Other: _____The documents you are requesting
are not contained within the
Court's file_____

_____

_____

_____

_____

Sincerely,

Lois Rogers, Smith County District Clerk

100 N. Broadway, Tyler, Texas 75702

By:_____

April Fox, Deputy